## JOHN H. CUNNINGHAM *vs.* BOARD OF SCHOOL COMMISSIONERS OF CARROLL COUNTY ET AL.

*Appeal Prematurely Taken.*

Appeal from an order of the Circuit Court for Carroll County (JONES, C. J., REVELL and REIFSNIDER, JJ.), sustaining a demurrer to the bill of complaint, but not dismissing it. The bill asked for an injunction to restrain the defendants from contracting with any person or corporation for the purchase of text-books, etc., for the public schools of said county, except after competitive bidding.   This Court dismissed the appeal, because not taken from a final order of the Court below.

Opinion by BRISCOE, J., filed January 23rd, 1901.

*Randolph Barton, Jr.*, and *Redmond C. Stewart*, for the appellant.

*Benjamin F. Crouse* and *Wm. H. Thomas*, for the appellees.

---

## THE W. V. GUTHRIE COMPANY *vs.* BALTIMORE METHODIST PUBLISHING AND PRINTING COMPANY.

*Action on Contract—Evidence.*

Appeal from a judgment of the Superior Court of Baltimore City (STOCKBRIDGE, J.), where the case was tried before the Court without a jury.   *Affirmed.*

The plaintiff, the W. V. Guthrie Company of Baltimore City, and the defendant, the Baltimore Methodist Publishing and Printing Company of Baltimore City, agreed in writing that the former should print for the latter a religious periodical called " The Baltimore Methodist " in consideration that a lease held by the defendant should be assumed by the plaintiff and in further consideration of the payment by the defendant of forty dollars per week for such printing and the necessary materials until the 1st January, 1899.   The written contract sets forth certain other considerations, and contains a